FILED
JAN 26 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

No. 06-68 T

HALLIBURTON COMPANY

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

---

COMPLAINT

---

Halliburton Company (EIN 75-2677995), plaintiff, brings this Complaint against the United States of America, defendant, and alleges as follows:

1. This is an action under the internal revenue laws of the United States for the payment of additional allowable interest (payable under Section 6611 of the Internal Revenue Code of 1986, as amended (the "Code")) with respect to overpayments of income tax for the 1990 and 1991 calendar Tax Years ("1990" and "1991") of plaintiff's subsidiary Halliburton Energy Services, Inc. (EIN 73-0271280) ("Halliburton" and/or the "Company"), along with interest on such interest. Prior to a restructuring that took place on December 13, 1996, Halliburton Energy Services, Inc. traded as Halliburton Company and Subsidiaries, and was referenced by the same Employer Identification Number (EIN 73-0271280).

2. Jurisdiction is conferred upon this Court by Title 28, United States Code, Sections 1491.

3. Plaintiff is a corporation organized and existing under the laws of the State of Delaware. Plaintiff currently has its principal place of business at 5 Houston Center, 1401 McKinney, Suite 2400, Houston, Texas.

4. The Defendant is the United States of America.

**COUNT I – ALLOWABLE INTEREST - 1990**

5. On information and belief, on or about September 15, 1991, Halliburton timely filed a federal corporate income tax return (Form 1120) for 1990 with the Internal Revenue Service (the "Service") at Austin, Texas. The name, address and identification number of the taxpayer appearing on the return for 1990 are as follows:

> Halliburton Company and Subsidiaries
> 3600 Lincoln Plaza, 500 N. Akard
> Dallas, TX
> Taxpayer Identification Number 73-0271280

6. After a number of previous audits and adjustments, on or about April 3, 2000 (cycle 200012), the Service posted an abatement of tax ($703,539.00) to Halliburton's 1990 Tax Year federal income tax account (the "1990 account"). The abatement resulted from a general adjustment reduction in tax, a further reduction in tax due to the allowance of a carryback from the Company's 1992 Tax Year federal income tax account (the "1992 account") and the partial recapture of a carryback from the Company's 1993 Tax Year federal income tax account (the "1993 account"). As a result of the aforementioned net abatement of tax, it appears that an overpayment existed in Halliburton's 1990 Tax Year account as of March 15, 1991.

7. On or about February 14, 2000 (cycle 200011), allowable interest (in the amount of $8,953,944.57) posted to the 1990 account. In that same cycle, the Service issued a refund in the amount of $15,152,810.16, inclusive of the aforementioned allowable interest.

8. On information and belief, the amount of allowable interest referenced in Paragraph #7 was not computed correctly under Section 6611 of the Code. In calculating allowable interest on the amount refunded from the 1990 account, the Service (i) failed to allocate properly the foreign tax credits realized by the Company, and, (ii) improperly suspended the accrual of interest in the account.

9. As a result of the errors referred to in paragraph #8, plaintiff is entitled to a payment of allowable interest in the amount of $228,304.57, including allowable interest through January 31, 2006, plus allowable interest thereon until paid.

**COUNT II – ALLOWABLE INTEREST – 1991**

10. Plaintiff reincorporates and re-alleges the allegations of paragraphs 1 – 8 above.

11. On information and belief, on or about September 15, 1992, Halliburton timely filed a federal corporate income tax return (Form 1120) for 1991 with the Service at Austin, Texas. The name, address and identification number of the taxpayer appearing on the return for 1991 are as follows:

Halliburton Company and Subsidiaries
3600 Lincoln Plaza, 500 N. Akard
Dallas, TX
Taxpayer Identification Number 73-0271280

12. After a number of previous audits and adjustments, on or about March 6, 2000 (cycle 200008), the Service posted an abatement of tax ($12,545,905.00) to Halliburton's

1991 federal income tax account (the "1991 account"). The abatement resulted from a general adjustment reduction in tax and a further reduction in tax due to the allowance of a carryback from the Company's 1993 account. As a result of the aforementioned net abatement of tax, it appears that an overpayment existed in Halliburton's 1991 Tax Year account as of March 15, 1992.

13. On or about January 27, 2000 (cycle 200007), allowable interest (in the amount of $11,624,357.00) posted to the 1991 account. In that same cycle, the Service issued a refund in the amount of $15,152,810.16, inclusive of the aforementioned allowable interest.

14. On information and belief, the amount of allowable interest referenced in Paragraph #13 was not computed correctly under Section 6611 of the Code. In calculating allowable interest on the amount refunded from the 1991 account, the Service (i) failed to allocate properly the foreign tax credits realized by the Company, and, (ii) improperly suspended the accrual of interest in the account.

15. As a result of the errors referred to in paragraph #14, plaintiff is entitled to a payment of allowable interest in the amount of $483,887.60, including allowable interest through January 31, 2006, plus allowable interest thereon until paid.

WHEREFORE, plaintiff prays that judgment be entered in its favor and against the Defendant, United States of America:

(1) in the amount of at least $228,304.57, together with interest as provided by law on the amount payable with regard to Count I;

(2) in the amount of at least $483,887.60, together with interest as provided by law on the amount payable with regard to Count II;

(3) for the attorneys' fees, costs and disbursements of this action; and such other and further relief as this Court deems just and proper.

Dated this 24th day of January, 2006.

Joseph M. Persinger
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5072
(212) 822-5072 (fax)