O.C.

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Halliburton Company

06-68 T

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Joseph M. Persinger

Firm Name: Milbank, Tweed, hadley & McCloy LLP

Post Office Box:

Street Address: 1 Chase Manhattan Plaza

City-State-Zip: New York, NY 10005-1413

Telephone & Facsimile Numbers: (212) 530-5072; (212) 822-5072

E-mail address: jpersinger@milbank.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 2 0 0

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: T R E

See attached Sheet for three digit code.

Amount Claimed: $712,192.17 plus interest

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only) N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005