# In the United States Court of Federal Claims

**NOTICE**

**HALLIBURTON COMPANY**

**No. 06-68 T**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., March 20, 2006**

To Attorney of Record, Assistant Attorney General, and Senior Judge Bruggink:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed March 20, 2006, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk