**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HALLIBURTON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-68 T** |
| **v.** | ) | **The Honorable Eric G. Bruggink** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States, respectfully moves the Court for an enlargement of time of 60 days, from May 26, 2006, to and including July 25, 2006, within which to answer or otherwise respond to the complaint in the above-captioned case. This is the second enlargement requested for this purpose, the first having been allowed for 60 days.

As good cause therefor, defendant states as follows:

This is a suit in which plaintiff alleges and seeks the payment of additional interest with respect to alleged overpayments of federal corporate income tax. Immediately upon receipt of the Complaint, defendant's attorneys forwarded a copy to the Office of Chief Counsel, Internal Revenue Service, along with a request to assemble the relevant files, and to prepare a written recommendation respecting the legal position that the Government should adopt. Defendant's attorneys have not yet received the relevant files, and will not receive them in time to accomplish timely filing of a response to the Complaint. Without the relevant administrative files, and the

legal recommendation of the Chief Counsel, it is impossible to draft a meaningful response to the complaint.

We are advised that the Chief Counsel's attorney believes that she has now received all of the files believed to be available that relate to this case. These materials, as well as additional information that has been provided to us by plaintiff's counsel, is being actively reviewed by the Internal Revenue Service. It is expected that this work will be completed within the time requested herein.

The additional period requested herein is therefore necessary for the Chief Counsel's attorneys to finish their work, and for defendant's attorneys to receive and review the files, and to draft a response to the Complaint.

We are authorized to state that counsel for plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ W. C. Rapp
W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

May 22, 2006

s/ Steven I. Frahm
Of Counsel