**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HALLIBURTON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-68 T** |
| **v.** | ) | **The Honorable Eric G. Bruggink** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, respectfully moves the Court for an enlargement of time of 30 days, from July 25, 2006, to and including August 24, 2006, within which to answer or otherwise respond to the complaint in the above-captioned case. This is the third enlargement requested for this purpose, the first two having been allowed for total of 120 days.

As good cause therefor, defendant states as follows:

This is a suit in which plaintiff alleges and seeks the payment of additional interest with respect to alleged overpayments of federal corporate income tax. Immediately upon receipt of the Complaint, defendant's attorneys forwarded a copy to the Office of Chief Counsel, Internal Revenue Service, along with a request to assemble the relevant files, and to prepare a written recommendation respecting the legal position that the Government should adopt. Defendant's attorneys have not yet received the relevant files, and will not receive them in time to accomplish timely filing of a response to the Complaint. Without the relevant administrative files, and the

legal recommendation of the Chief Counsel, it is impossible to draft a meaningful response to the complaint.

Sixty days ago we advised the Court that our trial attorney had been assured by the Office of Chief Counsel that their attorney had then received all of the files believed to be available that relate to this case. The Chief Counsel's attorney thereafter requested that computations be performed as necessary to a complete understanding of the case. Those computations have been completed, and have been received by the Chief Counsel's attorney. The were not received, however, until the end of the week of July 10, immediately before the Chief Counsel's attorney had scheduled her annual vacation. The Chief Counsel's attorney must review the computations as part of her preparation of the recommendation to defendant's attorneys, and that could not be accomplished in time to produce a timely answer before the current due date, July 25.

The additional period requested herein is therefore necessary for the Chief Counsel's attorneys to finish their work, and for defendant's attorneys to receive and review the files, and to draft a response to the Complaint.

We are authorized to state that counsel for plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

July 24, 2006

s/ Steven I. Frahm

Of Counsel