**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HALLIBURTON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-68 T** |
| **v.** | ) | **The Honorable Eric G. Bruggink** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT PRELIMINARY STATUS REPORT**

Pursuant to paragraph 4 of Appendix A to the Rules of the United States Court of Federal Claims (RCFC), the parties submit the following information:

a. Jurisdiction. The parties presently believe that the Court has jurisdiction over the claims set out in the Complaint.

b. Consolidation. The parties are unaware of any other case with which this case should be consolidated.

c. Bifurcation of trial. The parties currently believe that separate trials on the questions of liability and damages should be unnecessary in this case. The parties believe that the questions of liability are legal questions that do not require a trial. The questions of damages, which might be expected to be limited to computational questions, might conceivably require a trial, but the parties believe that they can agree on the amounts of damages in the event the Court finds liability.

d. Deferral of proceedings. The parties are aware of no basis for requesting deferral of proceedings in this case.

e. Remand or suspension. Not applicable.

f. Additional parties. The parties know of no additional parties who should be joined.

g. Dispositive motions. The parties anticipate that the liability issues can be resolved on dispositive motions based upon a stipulation of facts.

h. Issue. The issue presented by the Complaint concerns the calculation of interest in accordance with section 6621(d) of the Internal Revenue Code of 1986, as amended (the "Code"). Specifically, this is a suit for (i) additional overpayment interest with respect to the 1990 and 1991 calendar, Form 1120, Tax Years of plaintiff's wholly-owned subsidiary, Halliburton Energy Services, Inc. (EIN 73-0271280), along with interest on such interest; and, (ii) deficiency interest owed with respect to the October, 1997 and September, 1998 fiscal, Form 1120, Tax Years of plaintiff's wholly-owned subsidiary, DII Industries, LLC (EIN: 75-0813641), along with interest on such interest.

i. Settlement. Until discovery has been completed, at least in part, the parties cannot determine the likelihood that this case can be settled or that alternative dispute resolution might be sought.

j. Trial. If this case cannot be settled or resolved by dispositive motion, a trial will be necessary. The parties anticipate that the case will be resolved either by settlement or by dispositive motion. The parties do not request expedited trial scheduling.

k. Electronic case management. Pursuant to the Court's Notice of Designation of January 26, 2006, this case has been designated as an electronic case in the Court's case

management/electronic case filing (CM/ECF) system. The parties are not aware of any special issues regarding electronic case management needs.

l. Other information. The parties are not aware of any other information that should be provided to the Court at this time.

m. Proposed Scheduling Order. Based upon the foregoing, the parties recommend that the Court issue a scheduling order providing that:

1. The parties shall complete discovery on or before October 31, 2007. If, however, either party perceives that additional time is required, that party shall so inform the Court and propose a modification of the schedule.

2. Within 15 days following the close of discovery, the parties shall file a status report, either jointly or separately, setting forth their proposals for further proceedings in this case.

Respectfully submitted,

s/ Joseph M. Persinger
JOSEPH M. PERSINGER
Attorney of Record
*Milbank, Tweed, Hadley & McCloy LLP*
*1 Chase Manhattan Plaza*
*New York, NY 10005*
*Tel: (212) 530-5072*
*Fax: (212) 822-5072*
*Email: jpersinger@milbank.com*

**Attorney for Plaintiff**

s/ W. C. Rapp
W.C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, DC 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
MARY ABATE
*Assistant Chief, Court of Federal Claims Section*

June 25, 2007

s/ Mary Abate
Of Counsel

**Attorneys for Defendant**