# In the United States Court of Federal Claims

No. 06-68T
(Filed: June 25, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
HALLIBURTON COMPANY,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The court has before it the parties' Joint Preliminary Status Report filed June 25, 2007. The court adopts the schedule set out in that report. Accordingly, the following is ORDERED:

All discovery shall be completed on or before October 31, 2007. On or before November 16, 2007, the parties shall file a status report, jointly or separately, setting forth their proposals for further proceedings in this case.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge