**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HALLIBURTON COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-68 T** |
| **v.** | ) | **The Honorable Eric G. Bruggink** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Plaintiff, Halliburton Company, on behalf of itself and Defendant[1] in the above-captioned case, pursuant to the Order of June 25, 2007, respectfully provides the Court with the following report respecting the status of this case and sets forth proposals for further proceedings in this case.

In our Joint Preliminary Status Report, the parties anticipated that discovery would be completed on or before October 31, 2007. On September 26, 2007, Defendant's counsel requested a detailed description of the identity and relationships regarding the different entities, different time periods and different taxes involved in this action. Defendant's counsel

1 While this document has been prepared and executed only by plaintiff, it was reviewed and approved by defendant's counsel as a joint filing.

raised a number of questions regarding the change or duplication of corporate names and/or employee identification numbers. Since then, Plaintiff and its counsel have exchanged numerous communications regarding Defendant's request. Plaintiff's counsel expects to complete a full response to Defendant's questions within four to six weeks. Plaintiff's counsel has apprised Defendant's counsel of the status of the response on a number of occasions.

Pursuant to the Order of June 25, 2007, the parties jointly propose that additional time is necessary to complete discovery and that the Court amend the schedule set forth in its Order such that (i) discovery shall be completed on or before January 1, 2008; and, (ii) the parties shall file a status report, jointly or separately, setting forth their proposals for further proceedings in this case on or before January 18, 2008.

Respectfully submitted,

November 15, 2007

s/Joseph M. Persinger
JOSEPH M. PERSINGER
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5000

Attorney for Plaintiff

November 15, 2007

s/ W.C. Rapp
W.C. RAPP
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044
Voice: (202) 307-0503
Fax: (202) 514-9440
jwilliam.c.rapp2@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY ABATE
Assistant Chief, Court of Federal Claims Section

November 15, 2007

s/ MARY ABATE
Of Counsel

Attorneys for Defendant