# In the United States Court of Federal Claims

No. 06-68T
(Filed: November 16, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
HALLIBURTON COMPANY,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court has before it the parties' Joint Status Report filed November 15, 2007. The court adopts the schedule set out in that report. Accordingly, the following is ORDERED:

All discovery shall be completed on or before January 2, 2008. On or before January 18, 2008, the parties shall file a status report, jointly or separately, setting forth their proposals for further proceedings in this case.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge