# In the United States Court of Federal Claims

No. 06-68T
(Filed: January 22, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
HALLIBURTON COMPANY,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in the parties' joint status report filed January 18, 2008, the parties are directed to file another joint status report on or before April 17, 2008, recommending further proceedings.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge