**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HALLIBURTON COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-68 T** |
| **v.** | ) | **The Honorable Eric G. Bruggink** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Order of January 22, 2008, the parties respectfully provide the Court with the following report respecting the status of this case, and setting forth their proposal for further proceedings.

As the Court is aware, plaintiff seeks the benefits of so-called "net-rate zero interest netting," as provided in IRC § 6621(d). That section commands that, where a taxpayer has "overlapping periods of tax overpayments and underpayments," the net interest rate paid should be zero. Absent § 6621(d), tax underpayments bear interest at a higher rate than tax overpayments. While simple in concept, the section can be dauntingly complex in application. It is necessary not only to match overpayments and underpayments by amount and by period, but by taxpayer.

In the instant case, due in part to the complexity of plaintiff's corporate structure, and in large part due to a series of corporate acquisitions and reorganizations, the identification and rationalization of this information has been difficult. Last September, the Government requested

that plaintiff collect information that would assist the parties in sorting out these matters. That task proved more difficult and time consuming than counsel anticipated. The information was provided to the Government at the end of December. That information, which was provided immediately to the Office of Chief Counsel, Internal Revenue Service, is still being reviewed and evaluated by that office. It is expected that that review will be completed within 45 days, at which time the Chief Counsel will provide advice and recommendations to defendant's attorneys.

Counsel for the parties anticipate that parts of plaintiff's claim will be susceptible of disposition by agreement. Counsel are confident that any portions of plaintiff's claim that cannot ultimately be resolved by agreement can be presented to the Court on agreed facts.

For the foregoing reasons, the parties suggest that they be required to submit a joint status report on or before June 17, 2008, recommending further proceedings.

WHEREFORE, the parties pray their motion be granted.

Respectfully submitted,

s/ Joseph M. Persinger

JOSEPH M. PERSINGER
*Attorney of Record*
*Milbank, Tweed, Hadley & McCloy LLP*
*One Chase Manhattan Plaza*
*New York, New York 10005*
*jpersinger@milbank.com*
*(212) 530-5000*

Attorney for Plaintiff

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
MARY M. ABATE
*Assistant Chief, Court of Federal Claims Section*

April 17, 2008

s/ Mary M. Abate

Of Counsel

Attorneys for Defendant