# In the United States Court of Federal Claims

No. 06-68T
(Filed: April 23, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
HALLIBURTON COMPANY,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in the parties' joint status report filed April 17, 2008, the parties are directed to file another joint status report on or before June 17, 2008, recommending further proceedings.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge