# In the United States Court of Federal Claims

No. 06-68T
(Filed: June 17, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
HALLIBURTON COMPANY,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in the parties' joint status report filed June 17, 2008, the parties are directed to file another joint status report on or before August 18, 2008, recommending further proceedings.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge